```
McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00112-MCE |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| DONOVAN BROWN, ) | VACATING TRIAL DATE, SCHEDULING |
| ) | STATUS CONFERENCE AND EXCLUDING |
| Defendant. ) | TIME |
| _____) | |

　　　It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, and Defendant Donovan Brown, through his attorney Assistant Federal Defender Lexi Negin, as follows:

　　　This case is scheduled for a trial confirmation hearing to be held on July 19, 2007, and a trial to begin August 6, 2007.  The co-defendant, Janet Baker, has indicated through counsel that she will enter a change of plea on July 19, 2007.  Defendant Brown and the government are engaged in discussions regarding a possible resolution of this case and jointly request that the Court vacate the trial date for defendant Brown and continue the trial confirmation date to a status conference.

///

1

The parties need additional time to continue plea discussions and to negotiate a written plea agreement, and jointly request that the Court schedule the status conference for defendant Brown to be held on August 30, 2007, at 9:00 a.m.

   The parties also jointly request that the time period from July 19, 2007, to and including August 30, 2007 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 17, 2007 | /s/Lexi Negin |
|  | LEXI NEGIN |
|  | Assistant Federal Defender |
|  | Attorney for Defendant |
|  | DONOVAN BROWN |
|  | By PAT per in-person authorization |
|  |  |
|  | McGREGOR W. SCOTT |
|  | United States Attorney |
| Dated: July 17, 2007 | /s/Phillip A. Talbert |
|  | PHILLIP A. TALBERT |
|  | Assistant U.S. Attorney |
|  | Attorney for Plaintiff |

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE