DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DONOVAN BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-00112-MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| DONOVAN BROWN, | ) | |
| Defendant. | ) | |

    This case is currently scheduled for a status hearing on August 30, 2007.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 30, 2007, be continued until September 20, 2007.  In addition, the parties stipulate that the time period from August 30, 2007, to September 20, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

1

1 | DATED:August 29, 2007

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

/s/Lexi Negin for Phillip Talbert        /s/ Lexi Negin
PHILLIP TALBERT                           LEXI NEGIN
Assistant U.S. Attorney                   Assistant Federal Defender
Attorney for United States                Attorney for Donovan Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NO. 2:07-cr-00112-MCE |
| )  | |
| Plaintiff,        ) | |
| )  | |
| v.        ) | ORDER CONTINUING STATUS HEARING |
| )  | AND EXCLUDING TIME PURSUANT TO THE |
| )  | SPEEDY TRIAL ACT |
| DONOVAN BROWN,        ) | |
| )  | |
| Defendant.        ) | |

   For the reasons set forth in the stipulation of the parties, filed on August 29, 2007,  IT IS HEREBY ORDERED that the status conference currently scheduled for August 30, 2007,  be vacated and that the case be set for Thursday, September 20, 2007 at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 29, 2007 stipulation, the time under the Speedy Trial Act is excluded from August 30, 2007, through September 20, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

 Dated:  August 29, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2