DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DONOVAN BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-00112-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROPOSED ORDER TO |
| v. | ) | CONTINUE STATUS HEARING AND TO |
| | ) | EXCLUDE TIME PURSUANT TO THE |
| | ) | SPEEDY TRIAL ACT |
| DONOVAN BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

        This case is currently scheduled for a status hearing on October 18, 2007.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

        The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for October 18, 2007, be continued until October 25, 2007.  In addition, the parties stipulate that the time period from October 18, 2007, to October 25, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

///

1

1    A proposed order is attached and lodged separately for the court's convenience.

2

3    DATED:October 17, 2007

4

                Respectfully submitted,

5

6    McGREGOR W. SCOTT                    DANIEL BRODERICK
     United States Attorney               Federal Defender

7

8     /s/Lexi Negin for Phillip Talbert        /s/ Lexi Negin
      PHILLIP TALBERT                     LEXI NEGIN
9     Assistant U.S. Attorney             Assistant Federal Defender
      Attorney for United States          Attorney for Donovan Brown

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-cr-00112-MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PROPOSED ORDER CONTINUING STATUS |
| | ) | HEARING AND EXCLUDING TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| DONOVAN BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on October 17, 2007,  IT IS HEREBY ORDERED that the status conference currently scheduled for October 18, 2007,  be vacated and that the case be set for Thursday, October 25, 2007 at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 17, 2007 stipulation, the time under the Speedy Trial Act is excluded from October 18, 2007, through October 25, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  October 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2