DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
DONOVAN BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-112 MCE |
| Plaintiff, | ) ) ) | |
| v. | ) ) | STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING |
| | ) ) | |
| DONOVAN BROWN, | ) ) | |
| Defendant. | ) | |

    This case is currently scheduled for a sentencing hearing on January 3, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for the parties to prepare for sentencing.

    The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing scheduled in this case for January 3, 2008, be continued until January 10, 2008.  In addition, the parties stipulate that formal objections to the Presentence Investigation Report shall be filed by January 3, 2008.

    A proposed order is attached and lodged separately for the court's convenience.

DATED: December 20, 2007

    Respectfully submitted,

McGREGOR W. SCOTT                      DANIEL BRODERICK
United States Attorney                     Federal Defender


/s/Lexi Negin for Phillip Talbert           /s/ Lexi Negin
PHILLIP TALBERT                         LEXI NEGIN
Assistant U.S. Attorney                   Assistant Federal Defender
Attorney for United States               Attorney for Donovan Brown

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-112 MCE |
| Plaintiff, ) | |
| v. ) | PROPOSED ORDER CONTINUING SENTENCING HEARING |
| DONOVAN BROWN, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on December 20, 2007, IT IS HEREBY ORDERED that the sentencing hearing scheduled for January 3, 2008, be continued to January 10, 2008, and it is further ORDERED that formal objections be filed on or before January 3, 2008.

Dated: December 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2